[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-15661
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 20, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 07-23213-CV-JLK


AIXA PEREZ-LANG, on her own behalf
as personal representative of the estate of
Edward Lang-Correa and as mother and
natural guardian of her daughters,
Diana Camila Lang and Sofia Lang,

                                                  Plaintiff-Appellant,


                            versus



CORPORACION DE HOTELES, S.A.,
d.b.a. Hotel Casa De Campo,
CORPORACION DE HOTELES CASA DE CAMPO
CASA DE CAMPO,
CENTRAL ROMANA CORPORATION,
ABC CORPORATION, et al.,

                                                  Defendants,


PREMIER WORLD MARKETING, INC.,
PREMIER RESORTS & HOTELS GROUP,

                                                  Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(May 20, 2009)

Before CARNES, WILSON, and HILL, Circuit Judges.

PER CURIAM:

The district judge, in a well-reasoned order, reviewed all of the assertions and facts developed in the proceedings before him. He also considered and thoughtfully weighed the proper authorities and precedents. He gave due deference to the plaintiff's choice of forum and countervailing interests. Nevertheless, the district judge granted the defendants' motion to dismiss this case on the basis of the doctrine of *forum non conveniens*, without prejudice to the plaintiff.

We have carefully reviewed the record and the order. We find no reversible error. We affirm the judgment of the district court.

AFFIRMED.